# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL CANCEL** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | **NO. 22-2475** |
| v. | : | |
| | : | |
| **SUPERINTENDENT KEVIN J.** | : | |
| **RANSOM,** *et al.* | : | |
| *Respondents* | : | |

# ORDER

**AND NOW**, this 22nd day of November 2022, upon an independent consideration of the *Petition for Writ of Habeas Corpus* (the "Petition"), [ECF 2], and Respondents' response thereto, [ECF 13], and after reviewing the Report and Recommendation submitted by the Honorable Magistrate Judge Pamela A. Carlos, [ECF 14], which recommended that the Petition be dismissed, without prejudice, as premature, it is hereby **ORDERED** that, for the reasons set forth in the Report and Recommendation:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's motion, supplemental motion, and letter motion for a stay and abeyance, [ECF 10–12], are **DENIED**;

3. The Petition, [ECF 2], is **DISMISSED**, without prejudice; and

4. There is no basis to issue a certificate of appealability.

The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*